Certificate Number: 05781-GAM-DE-041586868

Bankruptcy Case Number: 24-70830

05781-GAM-DE-041586868

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 21, 2026, at 5:44 o'clock PM PDT, Micheal Hayes completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Georgia.

Date: October 21, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President